No. 91–1271. BURLINGTON COUNTY BRIDGE COMMISSION *v.* LACONIS. Super. Ct. Pa. Certiorari dismissed under this Court's Rule 46.

No. 91–1083. DOHERTY *v.* BARR, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.

No. 91–7437 (A–635). CLARK *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

MARCH 2, 1992

No. 91–6255. SIGGERS ET AL. *v.* TUNICA COUNTY BOARD OF SUPERVISORS ET AL. Appeal from D. C. N. D. Miss. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded with instructions to dismiss the appeal as moot. *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950).

No. 91–1116. HICKS *v.* BROWN GROUP, INC., DBA BROWN SHOE CO., INC. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Civil Rights Act of 1991.